IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 15 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| EILEEN M. KATICA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, an Illinois corporation and foreign insurance company doing business in the State of Montana,<br><br>Defendant. | CV 16–150–M–DLC<br><br>ORDER |

Plaintiff Eileen M. Katica moves for the admission of Jeffrey B. Tuttle to practice before this Court in this case with Bryan C. Tipp, of Tipp Coburn Schandelson PC, to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Jeffrey B. Tuttle *pro hac vice* (Doc. 3) is GRANTED on the condition that Mr. Tuttle does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Tuttle, within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 15th day of February, 2017.

Dana L. Christensen, Chief Judge
United States District Court