IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EILEEN M. KATICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Cause No. CV **16-00150-DLC-RWA**<br><br>ORDER |

Defendant Allstate Fire and Casualty Insurance Company ("Allstate") filed a Motion to Compel Discovery, or alternatively, for a Stay on January 31, 2018, which motion was accompanied by a brief in support thereof. Plaintiff Eileen M. Katica ("Katica") filed a Brief in Response on February 14, 2018, urging the Court to deny Allstate's motion on grounds she has provided the documents and tangible items in her possession, custody and control and with regard to supplementing Allstate's First Discovery Requests, claims she would sign releases for Allstate to obtain other records. In conjunction with filing her response, Katica has filed her responses to Allstate's Second Discovery Requests. Allstate filed its Reply on February 26, 2018. Having reviewed the above pleadings,

**IT IS ORDERED** that Allstate's Motion to Compel Discovery is granted; and Katica shall, within 14 days of the date of this Order, deliver to Allstate signed releases so Allstate can obtain records from Katica's health care providers and Katica's WA DOLI disability file. Katica shall also forthwith produce:

(a) All documents regarding Katica's lawsuit relating to the February 26, 2013, motor vehicle accident [Katica's supplementation included medical records but not discovery responses and correspondence;

(b) Katica's "My accident" summary/narrative describing injuries in the 2013 and two 2014 accidents (*See* Doc. 20-7, p. 1 of 3);

(c) Documents regarding Katica's 2012 pro se malpractice claim, *Katica v. Hedley et al.*, Cause No. CV-2012-005049, Maricopa County, Arizona;

1

(d) Emails and texts concerning the 2014 and 2013 accidents; and

(e) Invoices and billing information relating to treatment for the two 2014 accidents.

Done and dated in Butte this 13th day of March, 2018.

_____
RICHARD W. ANDERSON
UNITED STATES MAGISTRATE JUDGE