IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| EILEEN M. KATICA, an individual, | CV 16–150–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, an Illinois corporation and foreign insurance company doing business in the State of Montana, | |
| Defendant. | |

Before the Court is the parties' Joint Stipulation to Dismiss with Prejudice. (Doc. 53.)

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

DATED this 5th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court